UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LEROY SPILLARD, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNA RIVERA, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-01330 SCR P<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff filed the operative complaint on May 9, 2025, but did not request leave to proceed in forma pauperis or pay the required filing fee of $350.00 plus the $55.00 administrative fee.[1] On May 28, 2025, the undersigned ordered plaintiff to file an in forma pauperis affidavit or pay the required fees within thirty (30) days. (ECF No. 4.) To date, plaintiff has done neither.

　　　　Plaintiff will be given a final chance to explain why the action should not be dismissed for failure to either pay the filing fee or submit a completed application for leave to proceed in forma pauperis. Plaintiff's failure to respond to this order will result in a recommendation that the action be dismissed without prejudice. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995)

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

1  (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure
2  to comply with court orders).
3       Good cause appearing, IT IS HEREBY ORDERED that:
4       1.    Plaintiff shall show cause, in writing, within twenty-one (21) days of service of
5  this order, why the failure to pay the required filing fees or file an in forma pauperis affidavit
6  should not result in a recommendation that this case be dismissed. If Plaintiff fails to respond, the
7  court will recommend dismissal of this case for failure to pay the filing fee and failure to comply
8  with the court's order.
9       2.    The Clerk of the Court is directed to send plaintiff an Application to Proceed In
10 Forma Pauperis By a Prisoner.
11 DATED: July 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE