UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LEROY SPILLARD, II,<br><br>         Plaintiff,<br><br>    v.<br><br>ANNA RIVERA, et al.,<br><br>         Defendants. | No.  2:25-cv-01330 SCR P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On July 11, 2025, the undersigned issued an order to show cause why plaintiff's failure to pay the required filing fees or file a motion to proceed in forma pauperis should not result in a recommendation that this case be dismissed.  (ECF No. 5.)  In response, plaintiff filed a notice stating that his brother paid the filing fee for this case, but it went to a different action.  (ECF No. 6.)  The court has investigated plaintiff's claim and finds no record of a payment from his brother in this or any other action pending in the district.  Nevertheless, the undersigned will grant plaintiff an extension to provide proof of payment or a motion to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, plaintiff shall provide proof of payment of the filing fee in this action or a request to proceed in forma pauperis. Plaintiff is advised that his noncompliance will result in a recommendation that the action be

1

dismissed for failure to pay the filing fee and failure to comply with a court order.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 7, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE