UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LEROY SPILLARD, II, | No. 2:25-cv-01330 SCR P |
| Plaintiff, | |
| v. | ORDER and |
| ANNA RIVERA, et al., | FINDINGS AND RECOMMENDATION |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on May 9, 2025 (ECF No. 1) but did not pay the filing fee or request leave to proceed in forma pauperis. On July 11, 2025, the undersigned issued an order to show cause why plaintiff's failure to pay the required filing fee or file a motion to proceed in forma pauperis should not result in a recommendation that this case be dismissed. (ECF No. 5.) In response, plaintiff filed a notice stating that his brother paid the filing fee for this case, but it went to a different action. (ECF No. 6.) The court investigated plaintiff's claim by reviewing the docket as to each of his cases in this district and communicating with the court's finance department. That investigation found no record of a payment from his brother in this or any other action pending in the district.

Nevertheless, on August 8, 2025, the undersigned granted plaintiff an additional thirty days to provide proof of payment of the filing fee or a request to proceed in forma pauperis.

1

More than thirty days have passed, and plaintiff has not responded to that order. Accordingly, the undersigned recommends that the action be dismissed for failure to pay the filing fees and failure to comply with a court order. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995) (affirming dismissal for failure to pay partial filing fee under IFP statute); Local Rule 110 (failure to comply with court orders).

In recommending this action be dismissed, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). The court finds dismissal appropriate here where the undersigned granted plaintiff multiple extensions of time to show proof of payment of the filing fees or request leave to proceed in forma pauperis and warned plaintiff that his failure to do so will result in the recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a District Judge to this matter.

In addition, IT IS HEREBY RECOMMENDED that the action be dismissed without prejudice for failure to pay the filing fees and for failure to comply with a court order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judges Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 6, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2